IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| OUTHAY SYSAKAYAVONG, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:21-CV-106-Z-BR |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

## JUDGMENT

The undersigned United States District Judge has entered an order **ADOPTING** the findings, conclusions, and recommendation of the United States Magistrate Judge in this case and **DENYING** the Petition for a Writ of Habeas Corpus.

Judgment is entered accordingly.

February 28, 2023.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE